UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA BELMONT,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>JAMES D. HARTLEY, Warden,<br><br>　　　　　　　　　　Respondent. | Civil No.　09-2700 JLS (CAB)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

　　　　At the time of filing, Petitioner was apparently housed at Avenal State Prison and thus named James D. Hartley, Warden, as Respondent. Based on the notice of change of address Petitioner submitted to the Court on December 3, 2010 [return address on a letter dated December 2, 2010 from Petitioner to the Court], it appears Petitioner is no longer housed at Avenal State Prison; rather, it appears he is presently incarcerated at Richard J. Donovan Correctional Facility in San Diego, California.

　　　　A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "James D. Hartley." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th

Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).

The Clerk of the Court shall modify the docket to reflect "Matthew Cate, Secretary" as respondent in place of "James D. Hartley."

**IT IS SO ORDERED.**

DATED: December 10, 2010

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge